**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE: 559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, HERNANDO BUENO JR.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00070 |
| Plaintiff, | **STIPULATION OF THE PARTIES RE MODIFICATION OF TRAVEL RESTRICTIONS ON DEFENDANT HERNANDO BUENO, and ORDER** |
| V. | |
| HERNANDO BUENO JR., | |
| Defendant. | |

The United States of America, by and through its Counsel of Record Vincenza Rabenn, Assistant United States Attorney, and E. Marshall Hodgkins, Attorney of Record for Defendant Hernando Bueno stipulate as follows:

1. That this modification allows travel by the Defendant Hernando Bueno Jr. throughout the State of California for business purposes, but no further, unless otherwise approved in advance by the Pre-Trial Services Officer.
2. The purpose of this Stipulation is for work related travel.
3. All other conditions not in conflict shall remain in full force and effect.

IT IS SO STIPULATED.

1

Date: 4/4/17                                                     /s/Vincenza Rabenn
                                                                                      **VINCENZA RABENN,**
                                                                                      **Assistant United States Attorney**

Date: 4/4/17                                                    /s/ E. Marshall Hodgkins
                                                                                      **E. MARSHALL HODGKINS,**
                                                                                      **Attorney of Record for**
                                                                                      **Defendant Hernando Bueno**

## **ORDER**

IT IS SO ORDERED.

Dated:   **April 5, 2017**                                          /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE