McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    v.<br><br>HERNANDO BUENO, JR.,<br><br>                 Defendant.<br><br>TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ,<br><br>                 Sureties. | CASE NO. 1:16-CR-00070 DAD-BAM<br><br>ORDER DECLARING REVOCATION AND FORFEITURE OF BOND |

Having found that the defendant has violated the conditions of his release and in consideration of the government's ex parte motion for declaration of revocation and forfeiture of bond,

IT IS HEREBY ORDERED that the property bond posted on behalf of the above-named defendant is revoked and ordered forfeited.

The U.S. Attorney shall take all necessary steps to recover from Defendant HERNANDO BUENO the total equity of the property bond posted herein, but not less than $30,000, plus interest from the date of the entry of the judgment at the current legal note until paid, plus the costs of the Court.

IT IS SO ORDERED.

Dated: **August 23, 2018**

                                                                           */s/ Dale A. Drozd*
                                                             UNITED STATES DISTRICT JUDGE