McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00070 DAD-BAM |
| Plaintiff, | ORDER DIRECTING ENTRY OF FINAL JUDGMENT OF FORFEITURE OF BOND |
| v. | |
| HERNANDO BUENO, JR., | |
| Defendant. | |
| TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ, | Date: May 20, 2019<br>Time: 10:00 a.m.<br>Crtrm.: 5 |
| Sureties. | Honorable: Dale A. Drozd |

The United States of America having moved for an order directing the Clerk of the United States District Court to enter judgment of default against the defendant, HERNANDO BUENO, JR., and the sureties, TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ, in the amount of the equity of the property bond posted by defendant, HERNANDO BUENO, JR., and sureties, TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ, totaling at least thirty thousand dollars ($30,000.00); and it appearing to the Court from the entire record that the requested relief should be granted,

IT IS HEREBY ORDERED, that the Clerk of the United States District Court is hereby directed to enter judgment against HERNANDO BUENO, JR., as Defendant and Principal, and against TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ, as

1

1 | Sureties, jointly and severally in the amount of the equity of the property bond totaling at least thirty

2 | thousand dollars ($30,000.00).

3 | IT IS FURTHER ORDERED, that Clerk of the Court shall deposit any forfeited bond proceeds

4 | with the crime victim's fund.

5 | IT IS SO ORDERED.

6 | Dated: __**May 20, 2019**__

7 | _Dale A. Drozd_
UNITED STATES DISTRICT JUDGE