McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00070 DAD-BAM |
|---|---|
| Plaintiff, | NOTICE OF SATISFACTION OF JUDGMENT AND REQUEST FOR ORDER DIRECTING TURN OVER OF DEED OF TRUST; ORDER THEREON |
| v. | |
| HERNANDO BUENO, JR., | |
| Defendant. | |
| TOMAS VALDEZ ZEPEDA, SABINO VALDEZ ZEPEDA, JESUS VALDEZ, and DORA H. TORREZ, | |
| Sureties. | |

Plaintiff, the United States of America, requests that the Clerk of the Court for the Eastern District of California turn over the Deed of Trust it currently holds to the United States Attorney's Office for the Eastern District of California on the following grounds:

1. On May 5, 2016, Hernando Bueno, Jr. ("Defendant"), was indicted on several criminal charges.

2. On May 29, 2016, Defendant signed a "Straight Note (Secured by Deed of Trust)" that required Defendant to meet certain conditions for his pre-trial release and provided for payment of $30,000.00 ("Bond") if Defendant violated those conditions. The Bond was secured by equity in real

REQUEST TO TURNOVER DEED OF TRUST     1

property[1], and as a result, a Deed of Trust was executed that reflects Chicago Title as the Trustee and the Clerk of the United States District Court for the Eastern District of California as the beneficiary ("Clerk of the Court"). The Deed of Trust was recorded by the Clerk of the Court on May 31, 2016, in Tulare County (Document number 2016-0031234) and has remained in the custody of the Clerk of the Court.

3. Defendant failed to appear for a change of plea hearing set for July 24, 2017. As a result, the bond agreement was breached. The government submitted the appropriate motions and supporting documents for forfeiture of the Bond, and the government obtained an "Order Directing Entry of Final Judgment of Forfeiture of Bond".

4. The property securing the Bond was sold, and as a result, the Clerk of the Court received $30,000.00 (forfeited bond amount) satisfying the Bond in full. The funds were placed in the Crime Victims' Fund.

Since the Bond has been satisfied in full via the sale of the property securing the Bond, the government requests that the Court direct the Clerk of the Court to turn over the Deed of Trust to the U.S. Attorney's Office for the Eastern District of California, 2500 Tulare St., Suite 4401, Fresno, CA 93721, so that it may close its file.

Dated: September 5, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ VINCENZA RABENN
VINCENZA RABENN
Assistant United States Attorney

---

[1] Property description: 350 La Primavera Ct., Earlimart, CA 93219.

REQUEST TO TURNOVER DEED OF TRUST

2

**ORDER**

The Court, having reviewed the court files and the Notice of Satisfaction of Judgment and Request for Order Directing Turn Over of Deed of Trust, and good cause appearing therefrom, hereby GRANTS the request. Accordingly, IT IS ORDERED that:

The Clerk of the United States District Court for the Eastern District of California is directed to turn over the Deed of Trust (Document number 2016-0031234) it currently holds to the U.S. Attorney's Office for the Eastern District of California, 2500 Tulare St., Suite 4401, Fresno, CA 93721, within ten (10) days from the date this order is served on the Court Clerk.

IT IS SO ORDERED.

Dated: **September 6, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE